1  STEPHEN V. BOMSE (STATE BAR NO. 40686)
   sbomse@orrick.com
2  DAVID M. GOLDSTEIN (STATE BAR NO. 142334)
   dgoldstein@orrick.com
3  SHANNON C. LEONG (STATE BAR NO. 268612)
   sleong@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, California  94105-2669
6  Telephone:  (415) 773-5700
   Facsimile:  (415) 773-5759
7
   *Attorneys for Sony Electronics Inc. and Sony Computer*
8  *Entertainment America LLC*

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  SONY ELECTRONICS INC. and SONY          Case No.
    COMPUTER ENTERTAINMENT
15  AMERICA LLC,                            MDL No. 03:07-MD-1827 (SI)

16              Plaintiffs,

17       v.                                 **[PROPOSED] ORDER GRANTING
                                            SONY ELECTRONICS INC.'S AND
                                            SONY COMPUTER ENTERTAINMENT
18  AU OPTRONICS CORP.; AU OPTRONICS        AMERICA LLC'S *EX PARTE*
    CORP. AMERICA; SHARP CORP.;             APPLICATION TO FILE DOCUMENTS
19  SHARP ELECTRONICS CORP.,                UNDER SEAL**

20              Defendants.

21

22

23

24

25

26

27

28

1         Having considered Plaintiffs Sony Electronics Inc.'s and Sony Computer Entertainment

2   America LLC's *Ex Parte* Application to File Documents Under Seal filed in connection with

3   Plaintiffs' Complaint, and good cause being shown, the Application is hereby **GRANTED**.

4         IT IS HEREBY ORDERED THAT:

5         The Complaint has been redacted and publicly filed.  The redacted portions of the

6   Complaint shall be filed under seal.

7

8   **IT IS SO ORDERED.**

9

10   Dated: March 2012

11                                   Hon. Susan Illston
                                United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -